JACKSON LEWIS P.C.
ROBERT J. SCHNACK (SBN 191987)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
Email:  *SchnackR@JacksonLewis.com*

Attorneys for Defendants
STEELER, INC. and MATT F. SUROWIECKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STEELER, INC., a California Corporation; MATT F SUROWIECKI; and Does 1-10,<br><br>    Defendants. | Case No.   2:14-CV-00661-LKK-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ORDER**<br><br>Complaint Filed:  March 11, 2014<br>Trial Date:          None Set |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 144(a) of the Local Rules of the United States District Court – Eastern District of California and Fed.R.Civ.P. 6, by and between Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants STEELER, INC. and MATT F. SUROWIECKI (collectively "Defendants") by and through their counsel of record, as follows:  Defendants may answer in response to Plaintiff's Complaint for Damages and Injunctive Relief on or before April 17, 2014.

**IT IS SO STIPULATED.**

Dated:  April 1, 2014             CENTER FOR DISABILITY ACCESS

                        By: /s/ Phyl Grace
                            Mark Porter
                            Phyl Grace

                        Attorneys for Plaintiff SCOTT JOHNSON

1  Dated: April 1, 2014			JACKSON LEWIS P.C.

2					By:   /s/ Robert J. Schnack
					       Robert J. Schnack
3
					Attorneys for Defendants
4					STEELER, INC. and MATT F. SUROWIECKI

5

6					**ORDER**

7  **IT IS SO ORDERED** in accordance with the foregoing stipulation of the parties.

8  Dated:  April 2, 2014.

				_____
				LAWRENCE K. KARLTON
				SENIOR JUDGE
				UNITED STATES DISTRICT COURT