MARK PORTER (SBN 166317)
PHYL GRACE (SBN 171771)
CENTER FOR DISABILITY ACCESS
9845 Erma Road, Suite 300
San Diego, CA 92131
Telephone:  (858) 375-7385
Facsimile:   (858) 422-5191
Email:   mark@potterhandy.com
              phylg@potterhandy.com

Attorneys for Plaintiff
SCOTT JOHNSON

JACKSON LEWIS P.C.
ROBERT J. SCHNACK (SBN 191987)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email:   SchnackR@JacksonLewis.com

Attorneys for Defendants
STEELER, INC. and MATT F. SUROWIECKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA − SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff,<br><br>      v.<br><br>STEELER, INC., a California Corporation;<br>MATT F SUROWIECKI; and Does 1-10,<br><br>           Defendants. | Case No.   2:14-CV-00661-LKK-KJN<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff SCOTT JOHNSON and Defendants STEELER, INC. and MATT F. SUROWIECKI, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO STIPULATED.**

                                        Respectfully submitted,

Dated:  August 20, 2014            CENTER FOR DISABILITY ACCESS

                                        By:   */s/ Phyl Grace* (as authorized on 08.20.14)
                                                 MARK PORTER
                                                 PHYL GRACE

                                        Attorneys for Plaintiff
                                        SCOTT JOHNSON

Dated: August 20, 2014             JACKSON LEWIS P.C.

                                        By:   */s/ Robert J. Schnack*
                                                ROBERT J. SCHNACK

                                        Attorneys for Defendants
                                        STEELER, INC. and MATT F. SUROWIECKI

## **ORDER**

**IT IS SO ORDERED** in accordance with the foregoing stipulation of the parties.

Dated:  August 25,  2014

 

 

                                                           *[signature]*
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT